UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

OSARETIN IGHILE,

                        Plaintiff,                     **ORDER**
                                                          **08 CV 450 (SLT) (LB)**

      -against-

KINGSBORO ATC, et al,

                        Defendants.

-----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

On March 8, 2010, plaintiff filed a "Notice to Take Oral Deposition," stating that he intends to depose Robert Fisher, Joseph Pais, Kenneth Lee, and Sharon O'Mara, on April 14, 2010 at 11:00 a.m. at 225 Cadman Plaza.[1] Document 42. Plaintiff is not supposed to file a "Notice of Deposition" or any other discovery materials with the Court. See Fed. R. Civ. P. 5(d) (litigants are prohibited from filing discovery materials with the Court). Plaintiff should serve his discovery requests or responses on defendants' counsel, not the Court.[2] Plaintiff should refer to the Pro Se Manual or may contact the Pro Se Office at 718-613-2665 for information regarding Court procedures.

SO ORDERED.

                                                            /Signed by Judge Lois Bloom/
                                                            LOIS BLOOM
                                                            United States Magistrate Judge

Dated: March 12, 2010
       Brooklyn, New York

---

[1] The Court notes that Joseph Pais is the only named defendant.

[2] Plaintiff may have served defendants with the "Notice of Deposition" as he attaches certified mail receipts to his instant notice.